

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 12, 2023

**BY ECF**
Hon. Alvin K. Hellerstein
Senior United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

The plea and sentence will be held
August 2, 2023, at 10:00 am

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 13, 2023

Re:    *United States v. Najon Flanders*, 15 Cr. 879-4 (AKH)

Dear Judge Hellerstein:

The Government writes on behalf of the parties to request the scheduling of a plea and sentencing proceeding for the defendant Najon Flanders on the pending violation of supervised release ("VOSR") specifications. The defendant has indicated his desire to admit to Specification One in the June 20, 2023 VOSR Report, with the remaining specifications to be dismissed. The Probation Office and the Government do not object. The parties also respectfully request that the Court sentence the defendant during the same proceeding. The parties are available on August 4, 2023 between 10:30 am and 12:30 pm or after 2:30 pm, or on August 7, 2023 at any time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/ Katherine Cheng
Katherine Cheng
Assistant United States Attorney
(212) 637-2492

cc: Leonardo M. Aldridge, Esq. (by ECF)