# LEONARDO M. ALDRIDGE
Attorney-At-Law
20 Vesey St. Suite 400
New York, NY 10007

July 25, 2023

**BY ELECTRONIC FILING**

Hon. Alvin K. Hellerstein
United States District Judge
United States Courthouse
500 Pearl St. New York, NY 10007

The hearing is adjourned to September 26, 2023, at 12:00 pm.

SO ORDERED

/s/ Alvin K. Hellerstein
U.S.D.J.
July 26, 2023

Re: U.S. v. Najon Flanders, 15-879 (VOSR)

Your Honor:

    I write to respectfully request, with no objection from the government, an adjournment of a hearing currently scheduled for August 2 at 10:00 am. There have been no prior adjournments of the instant matter. Both AUSA Katherine Cheng, herein copied, and undersigned counsel are available on August **14** or **18**, and respectfully request any of those dates for the hearing to take place.

    During the hearing before Your Honor, the defense anticipates that Mr. Najon Flanders will admit to Specification 1 of a report by the U.S. Probation Office report which alleges violations to his conditions of supervised release. After that occurs, the parties will then jointly recommend to the Court a sentence of imprisonment of five months (the lower end of the applicable guideline range) to be followed by no additional supervision by the U.S. Probation Office. Mr. Flanders was arrested on the instant VOSR on June 28, and is currently in custody of the U.S. Marshals.

Respectfully,

***S/Leonardo M. Aldridge***
Leonardo M. Aldridge

Cc. AUSA Katherine Cheng