UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                      :

UNITED STATES OF AMERICA,           :
                                                      :    **SCHEDULING ORDER**

      -against-                                      :
                                                      :    15 Cr. 879 (AKH)

NAJON FLANDERS,                          :
                                                      :
                            Defendant.    :
                                                        :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Defendant Najon Flanders's hearing, previously scheduled for September 26, 2023, is adjourned until October 11, 2023 at 12 p.m.

        SO ORDERED.

Dated:      October 2, 2023                           /s/ Alvin K. Hellerstein
               New York, New York                    ALVIN K. HELLERSTEIN
                                                        United States District Judge